**ZENO B. BAUCUS**
Assistant U.S. Attorney
U.S. Attorney's Office
2601 Second Avenue North
Billings, Montana 59101
Phone: (406) 657-6101
FAX: (406) 657-6989
E-mail: zeno.baucus@usdoj.gov

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

**FILED**

MAY 17 2018

Clerk, U.S. Courts
District Of Montana
Billings Division

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**GIOVANNI RODRICK SHAWL,**<br><br>Defendant. | CR 18-74-BLG-SPW<br><br>**INDICTMENT**<br><br>**POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE**<br>Title 21 U.S.C. §§ 841(a)(1) and 860(a)<br>(Count I)<br>(Penalty: Mandatory minimum one year to 40 years imprisonment, $2,000,000 fine, and at least six years supervised release)<br><br>**DISTRIBUTION OF METHAMPHETAMINE**<br>Title 21 U.S.C. §§ 841(a)(1) and 860(a)<br>(Counts II-IV)<br>(Penalty: Mandatory minimum one year to maximum 40 years imprisonment, $2,000,000 fine, and at least six years supervised release) |

|   |   |
|---|---|
|   | **POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING OFFENSE** (Count V) Title 18 U.S.C. § 924(c)(1)(A) (Penalty: Mandatory minimum five years to life imprisonment, consecutive to any other sentence, $250,000 fine, and five years supervised release) **PROHIBITED PERSON IN POSSESSION OF A FIREARM** Title 18 U.S.C. § 922(g)(1) (Count VI) (Penalty: Ten years imprisonment, $250,000 fine and three years supervised release) **FORFEITURE ALLEGATION** Title 18 U.S.C. § 924(d) **TITLE 21 PENALTIES MAY BE ENHANCED BY PRIOR DRUG-RELATED FELONY CONVICTIONS** |

THE GRAND JURY CHARGES:

## COUNT I

That in or around August 2017 and ending on or about September 20, 2017, at Billings, in Yellowstone County, in the State and District of Montana, the defendant, GIOVANNI RODRICK SHAWL, knowingly possessed, with the intent to distribute, a substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, within 1000 feet of the real property comprising Riverside Middle School, a public school in Billings, Montana, in violation of 21 U.S.C. §§ 841(a)(1) and 860(a).

## COUNT II

That on or about August 18, 2017, at Billings, in Yellowstone County, in the State and District of Montana, the defendant, GIOVANNI RODRICK SHAWL, knowingly distributed a substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, within 1000 feet of the real property comprising Riverside Middle School, a public school in Billings, Montana, in violation of 21 U.S.C. §§ 841(a)(1) and 860(a).

## COUNT III

That on or about August 21, 2017, at Billings, in Yellowstone County, in the State and District of Montana, the defendant, GIOVANNI RODRICK SHAWL, knowingly distributed a substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, within 1000 feet of the real property comprising Riverside Middle School, a public school in Billings, Montana, in violation of 21 U.S.C. §§ 841(a)(1) and 860(a).

## COUNT IV

That on or about September 5, 2017, at Billings, in Yellowstone County, in the State and District of Montana, the defendant, GIOVANNI RODRICK SHAWL, knowingly distributed a substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, within 1000 feet of the real

property comprising Riverside Middle School, a public school in Billings, Montana, in violation of 21 U.S.C. §§ 841(a)(1) and 860(a).

## COUNT V

That on or about September 20, 2017, at Billings, in Yellowstone County, in the State and District of Montana, the defendant, GIOVANNI RODRICK SHAWL, knowingly possessed a firearm, a Taurus 9mm pistol, bearing serial number TJZ19212, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, namely possession with intent to distribute methamphetamine, as alleged in count I above, in violation of 18 U.S.C. § 924(c)(1)(A).

## COUNT VI

That on or about September 20, 2017, at Billings, in Yellowstone County, in the State and District of Montana and elsewhere, the defendant, GIOVANNI RODRICK SHAWL, having been convicted of a crime punishable by imprisonment for a term exceeding one year under the laws of the State of Montana, knowingly and unlawfully possessed, in and affecting interstate commerce, firearms and ammunition, namely a Taurus 9mm pistol, bearing serial number TJZ19212, and a Pioneer arms 7.62 x39 rifle, bearing serial number PAC1115742, and ammunition, in violation of 18 U.S.C. § 922(g)(1).

FOREFITURE ALLEGATION

Upon conviction of any of the offenses listed in counts I, V and VI of this indictment, the defendant, GIOVANNI RODRICK SHAWL, shall forfeit, pursuant to 18 U.S.C. § 924(d), any firearms and ammunition involved in any knowing violation of said offenses, including:

- a Taurus 9mm pistol, bearing serial number TJZ19212; and
- a Pioneer Arms 7.62 x39 rifle, bearing serial number PAC1115742; and
- ammunition.

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

_____
FOREPERSON

_____
KURT G. ALME
United States Attorney

_____
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons _____
Warrant: ✓ _____
Bail: _____