

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GIOVANNI RODRICK SHAWL,<br><br>Defendant. | CR 18-74-BLG-SPW<br><br>ORDER |

Upon the Defendant's Unopposed Motion to File Documents Under Seal (Doc. 39), and for good cause being shown,

IT IS HEREBY ORDERED that the Defendant's Motion is **GRANTED**. The Defendant's Exhibits B-E are to be filed under seal.

DATED this 8th day of April, 2019.

*Susan P. Watters*
SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1