# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. GIOVANNI RODRICK SHAWL, Defendant. | CR 18-74-BLG-SPW ORDER |

Pending before the Court is a motion of the United States of America to file exhibits A and B of their response in opposition to motion to withdraw guilty plea under seal. For good cause shown,

IT IS ORDERED that the motion to file exhibits A and B of the United States' response in opposition to motion to withdraw guilty plea under seal is granted.

DATED this 23rd day of April, 2019.

SUSAN P. WATTERS
United States District Court

1