IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION


FILED
MAY 07 2019
Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. GIOVANNI RODRICK SHAWL, Defendant. | CR 18-74-BLG-SPW  ORDER |

Upon the United States' Unopposed Motion for Witness to Appear Via Telephone (Doc. 52), and for good cause appearing,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**. Agent Jamie Schillinger may testify via telephone at the motion hearing on May 10, 2019 at 10:30 a.m.

**IT IS FURTHER ORDERED** that the United States shall make all the necessary telephonic arrangements with the Court IT staff.

The clerk is directed to notify counsel of the entry of this Order.

DATED this 6th day of May, 2019.

SUSAN P. WATTERS
United States District Judge